Name: Rod Anthony Huff
Address: 9438 Commerce Way
Adelanto, Ca 92301
Phone: ___
Fax: ___

In Pro Per

FILED
CLERK, U.S. DISTRICT COURT
6/23/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DL   DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Rod Anthony Huff,

    Plaintiff

v.

RICHARD PEEL, GALVIN NEWSOM

    Defendant(s).

CASE NUMBER: 5:21-CV-00961-UA

Summon(s)

Notice a Civil Action lawsuit has been filed against the mentioned defendant(s) for the Amount $ 30 Trillion U.S.d

on or around March 28 - June 17, 2021 the mentioned defendant who is know as RICHARD PEEL has violated my Common-Law copyright which no Variation or derivative of the name ROD ANTHONY HUFF© shall be used without Prior written consent The defendant has also Created a [Cestui que trust] and has attemped to administor my ESTATE/TRUST and has also made himself the [trustee of trust]"

1. I, Rod Anthony Huff© has also become a victim of held against my will to answer to [Colorable Authority] which violates my religious beliefs of [sovereignty] which all right(s) are reserved "explictly" under the jurdiction of [U.C.C § 1-308]."

Next Complaint: Galvin NEWSOM has been mentioned as a defendant to this lawsuit due to him being the person who has the Authority or who has appointed RICHARD PEEL to conduct business for the corporation know as [CALIFORNIA] or the [STATE OF CALIFORNIA] and commits [Fraud] daily".

Additional Complaint: The defendant(s) have also with held [Allodial Title to land] which is my real property, which has been mistaken as the STATE OF CALIFORNIA's property the address[es] are commonly known as:
  1. [10410 Bellagio Road, Los Angeles, Ca [90077]".
  2. [2484 Roscoemare Road, Los Angeles, Ca [90077]."
  3. [727 N. Beverly Glen Road, Los Angeles, Ca [90077]."

Next complaint: The STATE OF CALIFORNIA has also held me against MY will on numerous occassions to answer to commercial obligation(s) which are prepaid through the Birth Certificate as pursuant to [uniform commercial code Article 3] of world trade

On December 31, 2019 I, sent a negotiable instrument to the united States Treasury, on December 24, 2020 and April 13, 2021; To The Superior Court(s) of California

[County of San Bernardino Case No. FWV21001256]

[County of Los Angeles Case No. SA102645-01]

To handle all obligation(s) commercially created by law, for the purchase(s) of the previously mentioned address, for return of [Allodial Title to land]". I have not been able to live at any of MY home(s) or on my land due to various person(s) attempting to claim my propertie(s) through (illegally) attemping to administor MY estate(s), and trust ]".

Dated: 6-15-21    [Seal]    Court clerk/ Court Reporter

Attn: court clerk

These complaint(s) are intended to be filed in the intitled matter(s) due to being complaint(s) in the previously filed lawsuit

Respectfully Submitted,

/S/ Rod-A: Hobb, Jr
_____
plaintiff

As a proof of service these complaint(s) have been Executed in the State of California, County of San Bernardino and has been placed in a U.S postal Mailbox and sent to the respondant or united States Court(s) who address is: Western Division, 255 E. Temple st. Suite TS-134, Los Angeles, Ca 90012

Ko/ Anthony Ault
BK# 21033Y2396
9438 Commerce way
Adelanto, Ca 92301

RAO

SN BERNARDINO CA 923
18 JUN 2021 PM 7

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 23 2021
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Attn: Court Clerk
Western Division
255 E. Temple St., Suite TS-134
Los Angeles, Ca 90012

CERTIFIED - I1078  A.B.

